# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00231-CV

### In the Matter of E. S.

---

### FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### NO. D-22-0033-J, THE HONORABLE BRAD GOODWIN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant, E.S., a juvenile, has filed a motion to voluntarily dismiss this appeal from an order rendered by the trial court modifying a previous juvenile-court disposition. *See* Tex. Fam. Code § 56.01(c)(1)(D). Appellant's motion is accompanied by a waiver that is signed by appellant and his attorney and that includes a statement that appellant has been advised by his attorney regarding his right to appeal and that he understands the consequences of dismissing his appeal. We conclude that appellant's motion is sufficient to show that he has knowingly and voluntarily waived his right to appeal. *See* Tex. Fam. Code § 51.09; *In re A.S.H.*, 615 S.W.3d 699, 699–700 (Tex. App.—Amarillo 2021, no pet.); *In re J.Z.*, No. 08-19-00049-CV, 2019 WL 3812365, at *1, (Tex. App.—El Paso Aug. 14, 2019, no pet.) (mem. op). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Smith

Dismissed on Appellant's Motion

Filed:   July 7, 2023